## Commonwealth *v.* Basovsky, Appellant.

Argued March 8, 1960. Before RHODES, P. J., WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ. (GUNTHER, J., absent).

*Roger Mattes,* for appellant.

*William J. Kearney,* First Assistant District Attorney, with him *Carlon M. O'Malley,* District Attorney, for appellee.

OPINION PER CURIAM, March 24, 1960:

The six judges who heard the argument in this case being equally divided in opinion, the judgment is affirmed.